LOUIS E. LAFLIN, APPELLANT, V. JESSE G. COWEN, APPELLEE.

FILED OCTOBER 6, 1927. No. 25884.

*Vasey & Mattoon,* for appellant.

*Jay C. Moore, contra.*

Heard before GOSS, C. J., ROSE, DEAN, DAY, GOOD, THOMPSON and EBERLY, JJ.

PER CURIAM.

Reversed on the authority of *Andrews v. Hastings,* 85 Neb. 548, and *Carnahan v. Cummings,* 105 Neb. 337, with directions to the district court to enter judgment in accordance with the prayer of plaintiff's petition.

REVERSED.